Raymond Ribaya
Leibovic Law Group
21540 Plummer Street Suite B
Chatsworth, CA 91311
T: (818) 461-5868
F: (818) 995-4838
E-mail: RaymondR@leiboviclawgroup.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DAWAYNE POINDEXTER,<br><br>    Plaintiff<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of SSA<br><br>    Defendant(s). | CASE No.: 2:21-cv-00956-SK<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, <u>28 U.S.C. § 2412(d)</u>, in the amount of ONE THOUSAND-EIGHT HUNDRED THREE DOLLARS AND TWENTY-NINE CENTS ($1,803.29).

DATE: <u>March 29, 2022</u>

_____
HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

- 1